# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>URIEL DELGADO,<br><br>Defendant. | Case No.: 2:18-CR-0164 APG-VCF<br><br>**ORDER FOR THE US MARSHAL SERVICE TO PROVIDE AN EYE EXAMINATION TO DEFENDANT FOR PRESCRIPTION GLASSES** |

At the oral request of defense counsel made at the sentencing hearing, and there appearing to be good cause:

IT IS HEREBY ORDERED that the United States Marshal Service shall ensure that Mr. Delgado is provided with an eye examination while he is in custody at the Nevada Southern Detention Center, so that he may have a current prescription that will enable him to order appropriate eyeglasses.

Dated: November 1, 2019.

_____
Andrew P. Gordon
United States District Judge

ORDER FOR THE US MARSHAL SERVICE TO PROVIDE AN EYE EXAMINATION TO DEFENDANTFOR PRESCRIPTION GLASSES - 1